IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hughes, Sandra | Case Number: 04 B 22419 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 2/5/08 | Filed: 6/14/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed: January 10, 2008
Confirmed: November 17, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 27,707.00 | |
| Secured: | | 8,260.83 |
| Unsecured: | | 14,020.64 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,328.91 |
| Other Funds: | | 1,896.62 |
| Totals: | 27,707.00 | 27,707.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Debra J Vorhies-Levine | Administrative | 2,200.00 | 2,200.00 |
| 2. | First Bank Mortgage | Secured | 0.00 | 0.00 |
| 3. | First Bank Mortgage | Secured | 2,942.00 | 1,206.54 |
| 4. | Americredit Financial Ser Inc | Secured | 14,030.29 | 7,054.29 |
| 5. | ECast Settlement Corp | Unsecured | 398.42 | 398.42 |
| 6. | Resurgent Capital Services | Unsecured | 840.62 | 840.62 |
| 7. | Resurgence Financial LLC | Unsecured | 1,416.66 | 1,416.66 |
| 8. | Americredit Financial Ser Inc | Unsecured | 11,364.94 | 11,364.94 |
| 9. | Direct Merchants Bank | Unsecured | | No Claim Filed |
| 10. | Mercedes Benz Credit Corporati | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 13. | Mercedes Benz Credit Corporati | Unsecured | | No Claim Filed |
| 14. | Capital One | Unsecured | | No Claim Filed |
| 15. | Retailers National Bank | Unsecured | | No Claim Filed |
| 16. | Resurgence Financial LLC | Unsecured | | No Claim Filed |
| | | | $ 33,192.93 | $ 24,481.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 351.52 |
| 4% | 37.18 |
| 3% | 81.11 |
| 5.5% | 334.61 |
| 5% | 67.61 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hughes, Sandra | Case Number:  04 B 22419 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  2/5/08 | Filed:  6/14/04 |

```
                    4.8%              194.25
                    5.4%              262.63
                                   _____
                                   $ 1,328.91
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____